HENRY LESSER, as Trustee in Bankruptcy of SAMUEL WEISS, Respondent, *v.* NEW YORK TITLE INSURANCE COMPANY, Respondent, and EASTMAN MACHINE COMPANY, Appellant, Impleaded with Another.

*Lesser* v. *N. Y. Title Ins. Co.*, 171 App. Div. 915, affirmed.
(Argued March 28, 1918; decided May 7, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The defendants Redfern Lace Works and Eastman Machine Company each recovered a judgment against Samuel Weiss who was the owner of certain real property which he desired to mortgage. The judgments being a lien upon the premises an amount sufficient to cover them was retained out of the mortgage loan and deposited with the defendant title insurance company. Within five days after the deposit was made, a petition in involuntary bankruptcy was filed against Weiss, and thereafter he was adjudicated a bankrupt. The deposit was claimed by the trustee in bankruptcy and by the two judgment creditors. In this action to recover the amount the trial court held that both judgments were null and void under the provisions of section 67-f of the Bankruptcy Act of 1898, and that the premises be released and discharged from the liens thereof, and directed the respondent title insurance company to

turn over to the plaintiff trustee in bankruptcy the balance of the deposit in its hands.

*August Becker* for appellant.

*Charles L. Greenhall* for plaintiff, respondent.

*Henry M. Bellinger, Jr.,* and *James McBrien* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.